IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSEPH C. FREDERICK, | § | |
| | § | No. 356, 2022 |
| | § | |
| Appellant-Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No.:  N21A-09-002 |
| A-DEL CONSTRUCTION | § | |
| CO., INC., | § | |
| | § | |
| Appellee-Below, | § | |
| Appellee. | § | |

Submitted:  May 3, 2023
Decided:     May 23, 2023

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **ORDER**

This 23rd day of  May, 2023, after careful consideration of the parties' briefs and the record on appeal, it appears that the Industrial Accident Board's August 26, 2021 Order should be affirmed on the basis of and for the reasons stated in the Superior Court's August 29, 2022 Memorandum Opinion and Order.

NOW, THEREFORE, IT IS ORDERED that the above-described orders  of the Industrial Accident Board and the Superior Court are AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice